STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY and Another.

— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.